NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


REGINALD LAMONT HANNAH,           )
                                  )
        Appellant,                )
                                  )
v.                                )   Case No. 2D20-1404
                                  )
STATE OF FLORIDA,                 )
                                  )
        Appellee.                 )
_____ )

Opinion filed September 4, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.

        Affirmed.


SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.